# UNITED STATES DISTRICT COURT
## Western District of Washington

OMARI TAHIR aka JAMES C. GARRETT

**Plaintiff**

vs.

KSHAMA SAWANT, BRUCE HARRELL, MARGARET DELANEY, SEATTLE CITY LIGHT, MIDTOWN LIMITED PARTNERS et al

**Defendant(s)**

Case Number: **16-CV-00413 JLR**

### DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) __Omari Tahir aka James C. Garrett__ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: __Civil Rights Complaint for Damages and injunctive relief.__

In support of this application, I answer *all* of the following questions:

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAR 21 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

☒ No  Date of last employment _____  Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed?  ☒ Not married

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

☐ No  Date of spouse's last employment _____  Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                                   $ 00
   b. Income from rent, interest or dividends                                          $ 00
   c. Pensions, annuities or life insurance payments                                   $ 00
   d. Disability, unemployment, workers compensation or public assistance              $ 00
   e. Gifts or inheritances                                                            $ 00
   f. Money received from child support or alimony                                     $ 00
   g. Describe any other source of income _____                                   $ 00

Page of

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _____    Checking Account $ _____    Savings Account $ _____

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☒ Yes     1989 Ford Truck                                    $ 800.00
☐ No

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes                                                         $
☒ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

0   N/A                                                       $ 00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

My Social Security (SSI) forced payee has been pocketing my monthly SSI disability payment $850.00 for the past 3 years since April 2013

I declare under penalty of perjury that the foregoing is true and correct.

21 MAR 2016            *Omari Tahir-Garrett*
**Executed on: (Date)    Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I, (print your name) OMARI TAHIR - GARRETT
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

21 MAR 2016            *Omari Tahir-Garrett*
**Executed on: (Date)    Signature of Plaintiff**