Mr. Omari Tahir aka James C. Garrett
Private Attorney General
P.O. Box 22328
Seattle, Washington 98122
Phone: 206.639.0162
Email: omariafrimet@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMARI TAHIR aka, JAMES C. GARRETT )
)
             Plaintiff, )  Case No.: 16-CV-00413 JLR
)
)
- vs. - )
)  CIVIL COMPLAINT FOR DAMAGES
)  AND INJUNCTIVE RELIEF
KSHAMA SAWANT, Seattle City Council in her )
official capacity as Chairwoman of the Seattle )
City Light; SEATTLE CITY LIGHT )
MARGARET DELANEY, individually, and in )
her official capacity as Managing Director of )
Midtown Limited Partners,; BRUCE )
HARRELL, individually and in his official )
capacity as President of the City of Seattle )
Council; MIDTOWN LIMITED PARTNERS )
)
             Defendants. )
)

## INTRODUCTION

1. This action is for declaratory and injunctive relief, punitive and compensatory damages by the Plaintiff for violation of first amendment constitutional rights to grieve government and retaliation for grieving government by filing a cause of action before the federal district courts against defendants, and racially harass Plaintiff for his Black community activism, by and through, municipal government official actors in concert with private actors to contrived against plaintiff by disconnecting utilities services by the Defendants, moreover, seeking damages for property caretaker for eight years in exchange for equity position on the sell and purchase of real estate property. The Defendant's actions were based upon defendant's strong racial hostility.

CIVIL ACTION - 1

[margin: No Summons Issued JLR ATP]

## JURISDICTION

2. This Court's jurisdiction is based upon the following:

(a) 28 U.S.C. §1331, in that the Plaintiff's claims arise under the Constitution and the laws of the United States; (b) 28 U.S.C §1362 in that the Plaintiff is a 'natural born' National of "The United States of America" [> Title 8, U.S.C.S., § 1101 (a); (22)(a), § 1503(a), Articles 1, Sec. 8, Clause 4 & 2, Sec. 1, Clause 5; Art. 4, Sec. 4 & Sec. 2, Clause 1, et al] which asserts that defendants' actions violate the Constitution and the laws of the United States; (c) 28. U.S.C. §2201 and §2202, in that the Plaintiff seeks a declaration that it has the right and authority to restrain, detain, investigate violations of state, city, county and federal laws by non-Nationals and seek injunctive relief preventing Defendants from future interference with the Plaintiff's rights, privileges and immunities guaranteed to Plaintiff. This Court also has Title VI Civil Rights Jurisdiction related to Federally Financed/ Funded real estate projects and development [> Title 42, U.S.C.S., § 2000d]. Plaintiff is also covered under The American With Disabilities Act (ADA) and a protected racial minority and protected disabled Vietnam Veteran.

## VENUE

3. Venue is proper in the Western District Court of Washington pursuant to 28 U.S.C. §1391(e) in that the Defendants and the Plaintiff reside in this District.

## PARTIES

4. Plaintiff complains and for causes of action alleges as follows:

5. <u>Plaintiff</u> Omari Tahir is, and at all times mentioned in this complaint was, a resident of King County, Washington, address: Post Office Box 22328 Seattle, Washington 98122.

6. <u>Defendant</u> Margaret Delaney, is being sued individually, and in her official capacity as Managing Director of Midtown Limited Partners, is and at all times mentioned in this complaint was, a resident of the City of Seattle and King County, Washington.

7. <u>Defendant</u> Midtown Limited Partners, is, and at all times mentioned in this complaint was, a resident of the City of Seattle and King County, Washington.

8. <u>Defendant</u> Seattle City Light is a government entity in the City of Seattle, KING COUNTY governed and functioning under the laws of the State of Washington. It employs

CIVIL ACTION - 2

DEFENDANTS MONICA DOE, CATHY DOE, EMILIE DOE, as well as John and Jane Doe officials, employees, and supervisors of the SEATTLE PUBLIC SCHOOL DISTRICT and other, advised the individual Defendants and/or failed to properly train, supervise, or discipline.

9. <u>Defendant</u> City of Seattle is a government entity in KING COUNTY, WASHINGTON governed and functioning under the laws of the State of Washington. It employs DEFENDANTS COUNCILWOMAN KSHAMA SAWANT and COUNCILMAN BRUCE HARRELL officials, employees, and supervisors of the SEATTLE CITY LIGHT and other, advised the individual Defendants and/or failed to properly train, supervise, or discipline.

10. Plaintiff does not know the true names of all the defendants and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title or any cloud on plaintiff's title thereto and DOES 1 through 10, inclusive, and therefore sues them by those fictitious names. The names, capacities and relationships of DOES 1 through 10 will be alleged by amendment to this complaint when they are known.

11. Plaintiff is informed and believes and on that basis alleges that each of the DOE defendants claims, or may claim, some interest in the real property described in paragraph 4 of this complaint.

## SUMMARY OF FACTS

12. Plaintiff is an Seattle City Light customer at real property located in King County, Washington and more specifically described as: Resident Parcel No.: 721740-0809, legal description Rengstorffs J H. Add, Plat Block: 6, Plat Lot 13-14, Address: 2314 East Spring Street Seattle, Washington 98122.

13. Plaintiff has maintained possession of all real property as city light customer described in paragraph 4 of this complaint, by and through, Tom Bangasser, Managing Partner, of Midtown Limited Partnership, and has maintain continuous and exclusive possession.

14. Plaintiff's occupant possession has been actual, open, continuous, and exclusive since June, 2007, in excess of the 8-year period set forth in Revised Code Washington Chapter 7.28.

CIVIL ACTION - 3

15. Plaintiff has been in possession of the real property described in paragraph 4 of this complaint by virtue of residing and maintenance repairs since year of 2007.

16. Plaintiff has been in continuous possession during the 8-year period described in paragraph 6 of this complaint, adverse to defendant Delany and to all other persons, in support of plaintiff's title to the real property and as curative of any defects in the verbal agreements and current tenets residing at the above location.

17. Defendant Delany claim an estate or interest in the real property described that is racially adverse to plaintiff.

18. Since 2007 Plaintiff has paid the Seattle City Light Bills for the property in paragraph six and in October 2015 over paid light bill $7 and never received another light bill. On the 29th day of February, 2016, Plaintiff received a discontinued of services notice placed on the door, thereafter Plaintiff immediately called Seattle City Light and found out that defendant DeLany had Plaintiff's Light Bills diverted to defendant Midtown 1152-23rd ave. Seattle address, moreover, the defendant's added themselves to the Seattle City Light Bills without consent of the plaintiff and allowed the bill to skyrocket during a period of Oct 2015 to March 2016.

19. Defendant Does and Seattle City Light allowed defendants Delany and Midtown to be added to plaintiff's City Light Bill for the sole purpose to racially harass and in retaliation for plaintiff's political activism and pending federal litigation against the defendant Delany.

20. The municipal government officials, each of them, and in concert with private actors, uses utility companies such as defendant Seattle City Light for the sole purpose to oppress, suppress Seattle's Black community activism against gentrification, vote dilution, police brutality, cultural awareness, discriminatory practices in federal financial programs, by and through, disconnecting utilities such as water and lights, etc. City of Seattle elected officials. Seattle Police Department and Seattle City Light Agents have unlawfully cut off the lights and water for political purposes on plaintiff at the following address AFRICAN AMERICAN HERITAGE MUSEUM AND CULTURAL CENTER, 2300 South Massachusetts, AFRICAN AMERICAN HERITAGE MUSEUM AND CULTURAL CENTER, 918 Martin Luther King

South, AFRICAN AMERICAN HERITAGE MUSEUM AND CULTURAL CENTER / AFRICATOWN INNOVATION CENTER at HORACE MANN BUILDING 2400 and East Cherry, AFRICAN AMERICAN HERITAGE MUSEUM AND CULTURAL CENTER / UMOJA FEST PEACE CENTER / GARDEN 2314 East Spring St. PLAINTIFF was recognize occupant at each of these locations with legal tenancy rights when both electricity and light utilities were shut off due to ON INSTITUTIONALIZED WHITE RACISM embedded in Seattle City government, Seattle City Light, Seattle Water Dept., Seattle Police Dept.,Seattle Public Schools and American political / social culture in general (SEE KERNER REPORT ON CIVIL DISORDER). This evidence can be supported by the City of Seattle Mayor Murray's State of the City declaration that "RACISM IS THE NUMBER ONE ISSUE IN SEATTLE".

21. The acts complained herein above by the defendants with informed knowledge of the DISABLED, US MILITARY VETERAN STATUS. Each of them, has caused the utilities to be shut off on DISABLED plaintiff COVERED UNDER THE AMERICAN WITH DISABILITIES ACT (ADA) and are the latest of many ongoing unlawful discriminatory acts of Defendants, Seattle City government agencies, wealthy white developers in furtherance of their UNCONSTITUTIONAL ACTS TO ELIMINATE THE VOTING STRENGTH OF AFRICATOWN RESIDENCE IN ORDER TO POLITICALLY, CULTURALLY AND ECONOMICALLY DISENFRANCHISE SEATTLE'S AFRICAN AMERICAN COMMUNITY (AFRICATOWN / CD), POLITICALLY, CULTURALLY AND ECONOMICALLY (GENTRIFICATION / ECONOMIC ETHNIC CLEANSING), WHILE EMPOWERING AND RECOGNIZING ASIAN AMERICANS IN SEATTLE'S "CHINATOWN / INTERNATIONAL DISTRICT".

## CAUSE OF ACTION

22. The Plaintiff realleges each of the allegations set forth in paragraphs 1-21 above and by this reference, incorporates each such allegation herein as if set forth in full.

23. The defendants, each of them, received federal financial assistance in acquiring real-estate property and financially improving their real-estate investment, by and through, expanding their ownership of more property through minority community federal financial economic programs.

CIVIL ACTION - 5

24. The defendants, each of them, underhandedly and secretly, shut off the utilities by engaging in conspiracy to hide City Light Bill from Plaintiff to be accumulate to obsessive amount, then demanding immediate unreasonable large unfordable lump sum payment unfordable to Plaintiff. Plaintiff subsequently made $200 payment and received next City Light Bill due on March 2, 2016, the same day City Light cut service without Plaintiffs prior knowledge. Moreover, Defendants are engaging in a conspiracy to DEMOLISH building Plaintiff resides in currently with the WATER AND ELECTRICITY UNLAWFULLY CUT OFF. In addition Defendants unlawfully added with out Plaintiff knowledge or consent, defendant Delany and Midtown Limited Partnership to the utilities statements for the sole purpose to harass and retaliate against the plaintiff and to have the utilities cut off for the sole purpose of removing the Black tenants from the property.

25. In addition, with respect to all of the claims for relief asserted in this Complaint, and for all of the reasons asserted herein, there is an actual controversy between Plaintiffs and 11 Defendants sufficient for a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

26. Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief and declaratory relief restraining Defendants from the sell of property without just compensation and declaring the above acts by the defendants to be unlawful.

27. Plaintiff alleges and realleges that the defendants, each of them, are engaging in ethnic cleansing of Seattle's Central District, by and through, gentrification, oppressing and suppressing Black Culture, denouncing black historical sites, demolishing buildings occupied by grassroots Black activist for the sole purpose of replacing black citizens with white citizens. For example, demolishing the Black historical Liberty Bank site thereafter replacing it with schedule one drug store in violation of the federal controlled substance act.

28. Further, like other municipal corporate government entities, defendant City of Seattle only funds organizations like the Urban League, which is a subsidiary corporation of metropolitan city of Seattle, as the spokesperson for the entire Black Community, in exchange for political votes and political payoffs, by and through, federal financial grants and loans, which never result in established, development and independent self reliant institutions/ businesses.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgment against defendants as follows:

1. For judgment that defendant pay the sum of $12,000.00 per year for the eight years as caretaker, with treble damages;

2. For judgment that defendant Delany pay the sum of $5.5 Million for racially harassing Plaintiff;

3. For judgment that Defendant Delany pay plaintiff the sum of $100,000.00 for defamation of character.

4. For such further relief as the court may deem proper.

**DATED this 21st day of March, 2016.**

Respectfully submitted,

Omari Tahir
Private Attorney General

## VERIFICATION

I, Omari Tahir Garrett, am a Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Seattle, Washington.

**DATED this 21st day of March, 2016.**

Respectfully submitted,

*/s/ Omari Tahir Garrett*
**Omari Tahir Garrett**
**Private Attorney General**

CIVIL ACTION - 7