UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR,<br><br>             Plaintiff,<br><br>        v.<br><br>KSHAMA SAWANT, et al.,<br><br>            Defendants. | CASE NO. C16-0413JLR<br><br>ORDER DENYING MOTION REQUESTING SERVICE |

This matter comes before the court on *pro se* Plaintiff Omari Tahir's motion requesting that the United States Marshals Service serve the summons and complaint on Defendants. (Mot. (Dkt. # 4).) Mr. Tahir is proceeding *in forma pauperis* ("IFP"). (Order Granting IFP Status (Dkt. # 2).) Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially

ORDER- 1

1 | appointed by the court. The court must so order if the plaintiff is authorized to proceed in
2 | forma pauperis . . . ." Fed. R. Civ. P. 4(c)(3).
3 |     Before the court can serve Defendants, Mr. Tahir must complete summons forms
4 | and provide them to the Clerk's office. On April 1, 2016, the Clerk mailed blank
5 | summons forms to Mr. Tahir at the address listed on the court's Electronic Filing System.
6 | However, the court infers from Mr. Tahir's motion and his failure to provide completed
7 | summonses that he cannot locate those forms. (*See* Mot. at 1.) Accordingly, the court
8 | DIRECTS the Clerk to again mail five blank summons forms, accompanied by a copy of
9 | this order, to Mr. Tahir at the address listed on the Electronic Court Filing system. The
10 | court DENIES Mr. Tahir's motion (Dkt. # 4). However, Mr. Tahir is free to re-file his
11 | motion for service by the United States Marshals Service after providing the Clerk with
12 | completed summonses.
13 |     Dated this 1st day of June, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 2